

```
┌─────────────────────────────────┐
│             FILED               │
│   ┌─────────────────────────┐   │
│   │      SEP - 2 2005        │   │
│   └─────────────────────────┘   │
│  UNITED STATES BANKRUPTCY COURT │
│   EASTERN DISTRICT OF CALIFORNIA│
└─────────────────────────────────┘
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No.   05-27124 |
| | ) | |
| CHRISTOPHER WHEELER and | ) | DC No.   JSO-1 |
| MICHELLE E. WHEELER, | ) | DC No.   JSO-2 |
| | ) | DC No.   JSO-3 |
| Debtors. | ) | DC No.   JSO-4 |
| | ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW
### ON MOTION TO AVOID LIEN

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

### Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a core proceeding.  28 U.S.C. § 157(b)(2)(K).

### Findings of Fact

On August 1, 2005, debtors filed four motions requesting that this court avoid judgment liens in favor of Delta Jet, Inc., Asset Care, Inc., the City of Redding, and Northridge Industries, Inc./Sierra Receivables Management, Inc. ("creditors") because the liens impair the debtors' homestead



exemption.  The liens attach to the debtors' residence at 1449
Duck Tall Court, Redding, California ("the property").  The
debtor properly served notice and the creditors did not file an
opposition.  A hearing was scheduled for August 30, 2005 to
consider the motion.  Upon review of the record, the court
decided to submit the matter on the record presented and
removed the matter from calendar.

Debtors scheduled the property at a value of $159,334.00.
A first deed of trust in favor of Washington Mutual in the
amount of $96,285.75 encumbers the property.  The creditors'
liens are listed in Schedule D in the following amounts: (1)
Assetcare, Inc. in the amount of $1,694.61; (2) City of Redding
in the amount of $1,547.74; (3) Delta Jet, Inc/Sierra
Receivales in the amount of $41,082.31; and (4) Northridge
Industries, Inc. in the amount of $74,308.20.

Debtors claims that the liens in favor of the creditors
impair their homestead exemption.  Debtors claimed the property
as exempt in the amount of $63,048.25 pursuant to California
Code of Civil Procedure § 704.710.  Debtors are allowed to
exempt up to $75,000 pursuant to California Code of Civil
Procedure § 704.710(a)(2).

## Conclusions of Law

A debtor may avoid the fixing of a lien on an interest of
the debtor in property to the extent that the lien impairs an
exemption that is properly claimed and to which there is no
objection.  11 U.S.C. § 522(f)(1).  The record reflects that
the liens in favor of Delta Jet, Inc., Asset Care, Inc., the

2

City of Redding, and Northridge Industries, Inc./Sierra
Receivables Management, Inc. all impair an exemption to which
the debtors are entitled.

The motions will therefore be granted.  Appropriate orders
will issue.

Dated: September 2, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

1

**CERTIFICATE OF SERVICE**
        On the date indicated below, I served a true and correct
2  copy(ies) of the attached document by placing said copy(ies) in
   a postage paid envelope addressed to the person(s) hereinafter
3  listed and by depositing said envelope in the United States
   mail or by placing said copy(ies) into an interoffice delivery
4  receptacle located in the Clerk's Office.

5  Christopher Wheeler
   1447 Duck Tail Court
6  Redding, CA 96003

7  Michelle Wheeler
   1449 Duck Tail Court
8  Redding, CA 96003

9  Jeffrey Ogilvie
   1330 West Street
10 Redding, CA 96001

11 Michael Dacquisto
   P.O. Box 992631
12 Redding, CA 96099-2631

13 AssetCare Inc.
   c/o CSC-Lawyers Incorporating Service
14 2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA 95833
15
   Delta Jet, Inc
16 c/o R C Spaid
   2001 Park Marina Drive
17 Redding, CA 96001

18 Sierra Receivables Management, Inc
   c/o Carmen Saylor
19 1890 Park Marina Drive, Suite 202
   Redding, CA 96001
20
   City of Redding
21 760 Parkview Avenue
   Redding, CA 96001
22
   Northridge Industries, Inc.
23 c/o The Prentice-Hall Corporation System, Inc.
   2730 Gateway Oaks Drive, Suite 100
24 Sacramento, CA 95833

25 Office of the United States Trustee
   United States Courthouse
26 501 "I" Street, Suite 7-500
   Sacramento, CA  95814
27
                Dated: 9/6/05
28

                                              _____
                                                   Deputy Clerk
                                              **BARBARA REYNOLDS**