

```
                        FILED

                      SEP - 2 2005

              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re | ) | Case No. 05-27124 |
|---|---|---|
|  | ) |  |
| CHRISTOPHER WHEELER and | ) | DC No.  JSO-1 |
| MICHELLE E. WHEELER, | ) | DC No.  JSO-2 |
|  | ) | DC No.  JSO-3 ✓ |
| Debtors. | ) | DC No.  JSO-4 |
| _____ | ) |  |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW
### ON MOTION TO AVOID LIEN

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

### Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(K).

### Findings of Fact

On August 1, 2005, debtors filed four motions requesting that this court avoid judgment liens in favor of Delta Jet, Inc., Asset Care, Inc., the City of Redding, and Northridge Industries, Inc./Sierra Receivables Management, Inc. ("creditors") because the liens impair the debtors' homestead



exemption.  The liens attach to the debtors' residence at 1449 Duck Tall Court, Redding, California ("the property").  The debtor properly served notice and the creditors did not file an opposition.  A hearing was scheduled for August 30, 2005 to consider the motion.  Upon review of the record, the court decided to submit the matter on the record presented and removed the matter from calendar.

Debtors scheduled the property at a value of $159,334.00.  A first deed of trust in favor of Washington Mutual in the amount of $96,285.75 encumbers the property.  The creditors' liens are listed in Schedule D in the following amounts: (1) Assetcare, Inc. in the amount of $1,694.61; (2) City of Redding in the amount of $1,547.74; (3) Delta Jet, Inc/Sierra Receivales in the amount of $41,082.31; and (4) Northridge Industries, Inc. in the amount of $74,308.20.

Debtors claims that the liens in favor of the creditors impair their homestead exemption.  Debtors claimed the property as exempt in the amount of $63,048.25 pursuant to California Code of Civil Procedure § 704.710.  Debtors are allowed to exempt up to $75,000 pursuant to California Code of Civil Procedure § 704.710(a)(2).

## Conclusions of Law

A debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that the lien impairs an exemption that is properly claimed and to which there is no objection.  11 U.S.C. § 522(f)(1).  The record reflects that the liens in favor of Delta Jet, Inc., Asset Care, Inc., the

2

City of Redding, and Northridge Industries, Inc./Sierra Receivables Management, Inc. all impair an exemption to which the debtors are entitled.

    The motions will therefore be granted.  Appropriate orders will issue.

    Dated: September 2, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Christopher Wheeler
1447 Duck Tail Court
Redding, CA 96003

Michelle Wheeler
1449 Duck Tail Court
Redding, CA 96003

Jeffrey Ogilvie
1330 West Street
Redding, CA 96001

Michael Dacquisto
P.O. Box 992631
Redding, CA 96099-2631

AssetCare Inc.
c/o CSC-Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Delta Jet, Inc
c/o R C Spaid
2001 Park Marina Drive
Redding, CA 96001

Sierra Receivables Management, Inc
c/o Carmen Saylor
1890 Park Marina Drive, Suite 202
Redding, CA 96001

City of Redding
760 Parkview Avenue
Redding, CA 96001

Northridge Industries, Inc.
c/o The Prentice-Hall Corporation System, Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA  95814

Dated: 9/6/05

_____
Deputy Clerk
BARBARA REYNOLDS