Case 05-27124    Filed 09/02/05    Doc 35

```
                                    FILED
                                 SEP - 2 2005
                          UNITED STATES BANKRUPTCY COURT
                          EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 05-27124 |
| | ) | |
| CHRISTOPHER WHEELER and | ) | DC No. JSO-1 |
| MICHELLE E. WHEELER, | ) | DC No. JSO-2 |
| | ) | DC No. JSO-3 |
| Debtors. | ) | DC No. JSO-4 |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION TO AVOID LIEN**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(K).

<u>Findings of Fact</u>

On August 1, 2005, debtors filed four motions requesting that this court avoid judgment liens in favor of Delta Jet, Inc., Asset Care, Inc., the City of Redding, and Northridge Industries, Inc./Sierra Receivables Management, Inc. ("creditors") because the liens impair the debtors' homestead

exemption. The liens attach to the debtors' residence at 1449 Duck Tall Court, Redding, California ("the property"). The debtor properly served notice and the creditors did not file an opposition. A hearing was scheduled for August 30, 2005 to consider the motion. Upon review of the record, the court decided to submit the matter on the record presented and removed the matter from calendar.

Debtors scheduled the property at a value of $159,334.00. A first deed of trust in favor of Washington Mutual in the amount of $96,285.75 encumbers the property. The creditors' liens are listed in Schedule D in the following amounts: (1) Assetcare, Inc. in the amount of $1,694.61; (2) City of Redding in the amount of $1,547.74; (3) Delta Jet, Inc/Sierra Receivales in the amount of $41,082.31; and (4) Northridge Industries, Inc. in the amount of $74,308.20.

Debtors claims that the liens in favor of the creditors impair their homestead exemption. Debtors claimed the property as exempt in the amount of $63,048.25 pursuant to California Code of Civil Procedure § 704.710. Debtors are allowed to exempt up to $75,000 pursuant to California Code of Civil Procedure § 704.710(a)(2).

## Conclusions of Law

A debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that the lien impairs an exemption that is properly claimed and to which there is no objection. 11 U.S.C. § 522(f)(1). The record reflects that the liens in favor of Delta Jet, Inc., Asset Care, Inc., the

City of Redding, and Northridge Industries, Inc./Sierra Receivables Management, Inc. all impair an exemption to which the debtors are entitled.

The motions will therefore be granted.  Appropriate orders will issue.

Dated: September 2, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office. |
| 3 | |
| 4 | |
| 5 | Christopher Wheeler<br>1447 Duck Tail Court<br>Redding, CA 96003 |
| 6 | |
| 7 | Michelle Wheeler<br>1449 Duck Tail Court<br>Redding, CA 96003 |
| 8 | |
| 9 | Jeffrey Ogilvie<br>1330 West Street<br>Redding, CA 96001 |
| 10 | |
| 11 | Michael Dacquisto<br>P.O. Box 992631<br>Redding, CA 96099-2631 |
| 12 | |
| 13 | AssetCare Inc.<br>c/o CSC-Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 |
| 14 | |
| 15 | |
| 16 | Delta Jet, Inc<br>c/o R C Spaid<br>2001 Park Marina Drive<br>Redding, CA 96001 |
| 17 | |
| 18 | Sierra Receivables Management, Inc<br>c/o Carmen Saylor<br>1890 Park Marina Drive, Suite 202<br>Redding, CA 96001 |
| 19 | |
| 20 | |
| 21 | City of Redding<br>760 Parkview Avenue<br>Redding, CA 96001 |
| 22 | |
| 23 | Northridge Industries, Inc.<br>c/o The Prentice-Hall Corporation System, Inc.<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 |
| 24 | |
| 25 | Office of the United States Trustee<br>United States Courthouse<br>501 "I" Street, Suite 7-500<br>Sacramento, CA  95814 |
| 26 | |
| 27 | Dated: 9/6/05 |
| 28 | *Barbara Reynolds* (signature)<br>Deputy Clerk<br>BARBARA REYNOLDS |